| | |
|---|---|
| 1 | C. Brooks Cutter, State Bar No. 121407 |
| 2 | Stuart C. Talley, State Bar No. 180374 |
|   | KERSHAW, CUTTER & RATINOFF LLP |
| 3 | 980 9th Street, Suite 1900 |
|   | Sacramento, California 95814 |
| 4 | Telephone: (916) 448-9800 |
|   | Facsimile:  (916) 669-4499 |

Attorneys for PLAINTIFF,
on Behalf of Himself and the General Public

Timothy A Pratt *(admitted pro hac vice)*
Deborah A. Moeller *(admitted pro hac vice)*
Dana N. Gwaltney, SBN 209530
Sara J. Romano, SBN 227467
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, CA  94104
Telephone:    (415) 544-1900
Facsimile:    (415) 391-0281

Attorneys for Defendants
GUIDANT CORPORATION
and GUIDANT SALES CORPORATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRED CORFEE, on behalf of himself and the general public, | ) | Case No. 2:05-CV-01317 FCD GGH |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GUIDANT CORPORATION, an Indiana corporation; GUIDANT SALES CORPORATION, an Indiana sales corporation; and DOES 1-25, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

JOINT STATUS REPORT
CASE NO. 2:05-CV-01317 FCD GGH

1750612V1
92016V1

A. <u>Summary of the Claims:</u>  This is a products liability case filed as an individual action and as a class action by Fred Corfee against Defendants relating to certain Guidant defibrillators implanted in Mr. Corfee and other members of the putative class.

B. <u>Status of Service:</u>  Guidant has been served and has answered.

C. <u>Joinder of Additional Parties:</u>  Not contemplated at this time.

D. <u>Contemplated Amendments to the Pleadings:</u>  None at this time.

E. <u>Statutory Basis for Jurisdiction and Venue:</u>  This Court has jurisdiction over this class action pursuant to 28 U.S.C. §1332 in that the matter in controversy exceeds $5,000,000 and there are members of the Class who are citizens of a difference state than defendants.  Venue is also proper in this District.

F. <u>Anticipated Discovery and Scheduling Discovery:</u>  There presently are several pending motions seeking to transfer and consolidate a number of cases, under 28 U.S.C. 1407 in the proceedings entitled In re: *Guidant Corp. Implantable Defibrillators Products Liability Litigation,* MDL Docket No. 1708.  The MDL Panel is set to consider those motions on September 29, 2005.  In the interim, discovery relating to virtually all the defibrillators covered by the requested MDL litigation is proceeding in the <u>Brennan</u> case before Judge Hamilton in Indiana.  Accordingly, counsel herein has agreed with Defendants to not proceed with discovery in this case and to rely on the <u>Brennan</u> discovery pending the resolution of the MDL motion before the MDL Panel.  If the MDL Panel does consolidate these cases in front of a single Federal Judge, it is anticipated that discovery will proceed in that Court.  If the MDL Panel denies the motion to consolidate, then counsel herein have agreed to conduct a further Rule 26(f) conference and at that time propose a schedule and address the other matters contemplated by the Court's Order Requiring Joint Status Report.  For the Court's consideration, the parties have submitted a proposed order to this end.

1750612V1
92016V1

G-N.   <u>See</u> above.  The parties anticipate addressing these issues in detail pursuant to a further Rule 26(f) conference if the MDL Panel does not consolidate this litigation.

Dated: _____.   KERSHAW, CUTTER & RATINOFF LLP

By:   /s/ C. Brooks Cutter
      (as authorized on September 1, 2005)
      C. BROOKS CUTTER
      Attorneys for Plaintiffs

Dated: _____.   SHOOK, HARDY & BACON LLP

By:   _____
      DANA N. GWALTNEY
      Attorneys for Defendants
      GUIDANT CORPORATION and
      GUIDANT SALES CORPORATION

1750612V1
92016V1

## **ORDER**

IT IS HEREBY ORDERED, in accordance with the agreement between the parties, that the deadlines for all parties to participate in pretrial proceedings in this matter shall be extended pending a transfer decision by the Judicial Panel on Multidistrict Litigation ("JPML").

The deadline by which the parties must participate in any pretrial proceedings -- including initiation of discovery requests, participation in pretrial disclosures or activities in connection with FED. R. CIV. P. 16 and 26, and L.R. 16-240, and attendance at any meet-and-confer conferences or hearings -- is as follows: (a) if those motions to transfer and consolidate are *granted* by the JPML, a deadline set by the transferee court; or (b) if those motions are *denied* by the JPML, no earlier than sixty (60) days after such denial.

Dated: September 9, 2005          /s/ Frank C. Damrell Jr.
                                  THE HONORABLE FRANK C. DAMRELL