*District of Minnesota*

Office Of The Clerk
300 S. Fourth St., Room 202
Minneapolis, MN 55415

**ORIGINAL
FILED**

RICHARD D SLETTEN, CLERK
(612) 664-5000

JAN - 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

January 5, 2006

Mr. Jack L. Wagner, Clerk
United States District Court
Robert T. Matsui United States Courthouse
501 I Street, Suite 4-200
Sacramento, CA 95814-7300

2:05cv1317 FCD GGH

ln re: MDL-1708 -- In re Guidant Corp. Implantable Defibrillators Products Liability Litigation
YOUR CASE NUMBER: C.A. No. CAE 2 05-1317 Fred Corfee v. Guidant Corp.
DISTRICT OF MINNESOTA CASE NUMBER: 06cv19 DWF/AJB

Dear Mr. Wagner:

A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. §1407 was received and filed in this district on January 3, 2006. Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Minnesota. The cases are assigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan for coordinated or consolidated pretrial proceedings. Please reference the case number assigned in this court on all correspondence or communications.

Please forward a certified copy of the docket sheet for the case listed above together with a received stamped copy of this letter to: Clerk, U. S. District Court, 300 S. Fourth Street, Room 202, Minneapolis, MN 55415. Communications regarding these actions should be directed to Ms. Mary Kaye Conery or Ms. Lou Jean Gleason at (612) 664-5000. Should you have any questions please do not hesitate to call.

Very truly yours,

RICHARD D. SLETTEN, CLERK

*Mary Kaye Conery*

Mary Kaye Conery, Civil Docket Supervisor

Enclosure

cc: Judge Donovan W. Frank
Judicial Panel on Multidistrict Litigation



A CERTIFIED TRUE COPY

Case 0:05-md-01708-PWF-AJH   Document 2   Filed 00/03/2006   Page 1 of 5

RECEIVED
BY MAIL

JAN 03 2006

CLERK US DIST COURT
MINNEAPOLIS MN

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 12 2005

FILED
CLERK'S OFFICE

**DOCKET NO. 1708**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, ____F.Supp.2d____ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 2 8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A true printed copy in ____ sheet(s)
of the document on file and on file
in the United States District Court
for the District of Minnesota.

CERTIFIED, JAN 0 5 2006 , 20 ___.

BY: _____

SCANNED

JAN   3 2006

U.S. DISTRICT COURT MPLS

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1708
## IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #                  CASE CAPTION

CALIFORNIA CENTRAL
CAC 2  05-8070            Theodore Cohen v. Guidant Corp.
CAC 5  05-760             Leonard Mayem v. Guidant Corp.
CAC 5  05-964             Sharon Williams-Datcher v. Guidant Corp., et al.

CALIFORNIA EASTERN
CAE 2  05-1317            Fred Corfee v. Guidant Corp., et al.
CAE 2  05-2113            James Bagwell, et al. v. Guidant Corp., et al.

CALIFORNIA NORTHERN
CAN 3  05-3042            Alphonzo Allen v. Guidant Corp.
CAN 3  05-3160            Lorraine Furtado, et al. v. Guidant Corp., et al.
CAN 3  05-3279            Sheila Ettinger v. Guidant Corp., et al.

CALIFORNIA SOUTHERN
CAS 3  05-1875            Johnnie Carter v. Guidant Corp.
CAS 3  05-1956            Leopoldo Duron, Jr. v. Guidant Corp., et al.
CAS 3  05-1957            Annette Scott v. Guidant Corp., et al.

COLORADO
CO 1   05-1645            Oren Urich v. Guidant Corp., et al.

CONNECTICUT
CT 3   05-1516            Gary DeRose v. Guidant Corp.

FLORIDA MIDDLE
FLM 2  05-445             Alfred Fuller v. Guidant Corp.
FLM 3  05-728             Robert Earl Smith, etc. v. Guidant Corp.
FLM 5  05-379             Richard James Rebone v. Guidant Corp., et al.
FLM 6  05-1683            Steve Gaydos, et al. v. Guidant Corp., et al.
FLM 8  05-1456            Robert Haberle v. Guidant Corp., et al.
FLM 8  05-1606            Kenneth J. Pepper v. Guidant Corp., et al.

FLORIDA NORTHERN
FLN 3  05-309             Anthony Micelli v. Guidant Corp., et al.

FLORIDA SOUTHERN
FLS 9  05-80850           Judy Passante v. Guidant Corp., et al.
FLS 9  05-80851           Eric Harkonen, et al. v. Guidant Corp., et al.
FLS 9  05-80957           Paul Jones, et al. v. Guidant Corp., et al.

HAWAII
HI 1   05-326             Joseph Soon Kun Kang v. Cardiac Pacemakers, Inc.

ILLINOIS NORTHERN
ILN 1  05-4250            Theresa Shea, etc. v. Guidant Corp., et al.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**INDIANA SOUTHERN**

| | |
|---|---|
| INS 1  05-1082 | Lydia Pierce v. Guidant Corp., et al. |
| INS 1  05-1115 | Christofer Brewster v. Guidant Corp., et al. |
| INS 1  05-1322 | David Acthison v. Guidant Corp., et al. |
| INS 1  05-1353 | Fred Gower, et al. v. Guidant Corp., et al. |

**LOUISIANA EASTERN**

| | |
|---|---|
| LAE 2  05-3709 | John J. Legendre v. Guidant Corp. |
| LAE 2  05-3737 | Redge Westcott, III v. Guidant Corp., et al. |
| LAE 2  05-4016 | Thomas A. Gruber v. Guidant Corp., et al. |
| LAE 2  05-4017 | Emmitt R. Messick v. Guidant Corp., et al. |
| LAE 2  05-4044 | Kenneth R. Casanova v. Guidant Corp., et al. |

**LOUISIANA MIDDLE**

| | |
|---|---|
| LAM 3  05-1015 | Joseph Clyde Brown, Jr. v. Guidant Corp. |

**LOUISIANA WESTERN**

| | |
|---|---|
| LAW 5  05-1512 | Doris Tisdon, etc. v. Guidant Corp., et al. |
| LAW 5  05-1882 | Patrick Pouncy, et al. v. Guidant Corp., et al. |
| LAW 6  05-1351 | Joyce Broussard Valls, et al. v. Guidant Corp., et al. |
| LAW 6  05-1352 | James W. Eskine v. Guidant Corp., et al. |

**MAINE**

| | |
|---|---|
| ME 2  05-182 | Cindy A. Lowry v. Guidant Corp. |

**MISSOURI WESTERN**

| | |
|---|---|
| MOW 4  05-785 | Floyd A. Newman, Jr., v. Guidant Corp., et al. |
| MOW 4  05-786 | Fred H. Simon v. Guidant Corp., et al. |
| MOW 4  05-939 | Christopher J. Cipolla v. Guidant Corp., et al. |
| MOW 4  05-1007 | Jerome Terry, Jr. v. Guidant Corp., et al. |

**MISSISSIPPI NORTHERN**

| | |
|---|---|
| MSN 2  05-149 | Johnny R. Clark v. Guidant Corp., et al. |

**NORTH CAROLINA MIDDLE**

| | |
|---|---|
| NCM 1  05-720 | Fred M. Lyle, et al. v. Guidant Corp., et al. |

**NORTH CAROLINA WESTERN**

| | |
|---|---|
| NCW 1  05-275 | Virgil H. Cook, et al. v. Guidant Corp., et al. |
| NCW 3  05-355 | Billy G. Strickland v. Guidant Corp., et al. |

**NEW HAMPSHIRE**

| | |
|---|---|
| NH 1  05-400 | Richard Harvey v. Guidant Corp., et al. |

**NEW JERSEY**

| | |
|---|---|
| NJ 1  05-4062 | Wolf Schulsinger v. Guidant Corp., et al. |
| NJ 2  05-4195 | Bernard Golden v. Guidant Corp., et al. |
| NJ 2  05-4305 | Herb Cohen, et al. v. Guidant Corp., et al. |

**NEW YORK EASTERN**

| | |
|---|---|
| NYE 1  05-2331 | Richard Torre, et al. v. Guidant Corp. |
| NYE 1  05-3397 | Howard Walston, et al. v. Guidant Corp., et al. |
| NYE 2  05-3856 | Melissa J. Poje v. Guidant Corp., et al. |
| ~~NYE 2  05-4927~~ | ~~John Clarke v. Intermedics, Inc., et al.~~ Opposed 12/27/05 |

SCHEDULE CTO-1 TAG-ALONG ACTIONS (MDL-1708)                                    Page 3 of 3

DIST. DIV. C.A. #          CASE CAPTION

NEW YORK NORTHERN
  NYN 5 05-1213            Phillip Hobb, et al. v. Guidant Corp., et al.

NEW YORK SOUTHERN
  NYS 1 05-7176            Michael Thorpe, et al. v. Guidant Corp., et al.
  NYS 1 05-8296            Nicholas T. Ortiz, et al. v. Guidant Corp., et al.
  NYS 1 05-8298            John Fanzini, et al. v. Guidant Corp., et al.
  NYS 1 05-8811            Stacey Webb, et al. v. Guidant Corp., et al.
  NYS 1 05-8812            Douglas Marozin v. Guidant Corp., et al.
  NYS 7 05-8297            Ellen Markert v. Guidant Corp., et al.

OHIO NORTHERN
  OHN 1 05-1880            Johnny T. Watts, et al. v. Guidant Corp.
  OHN 1 05-1898            Fred J. Stauder, et al. v. Guidant Corp., et al.
  OHN 1 05-2297            Johnny W. Western, et al. v. Guidant Corp., et al.
  OHN 3 05-7440            Clara Zink, et al. v. Guidant Corp., et al.

OHIO SOUTHERN
  OHS 2 05-703             Beverly Douglas, et al. v. Guidant Corp., et al.
  OHS 2 05-763             Thomas W. Zurek, et al. v. Guidant Corp., et al.

OKLAHOMA NORTHERN
  OKN 4 05-444             Jean Burke, etc. v. Guidant Corp.

PENNSYLVANIA EASTERN
  PAE 2 05-3580            Steven Perusich v. Guidant Corp., et al.
  PAE 2 05-4409            William Jackson, et al. v. Guidant Corp., et al.
  PAE 2 05-5843            Geoffrey Bowman, et al. v. Guidant Corp., et al.

PUERTO RICO
  PR 3 05-1888             Carlos L. Ramirez-Santiago v. Guidant Corp., et al.

SOUTH CAROLINA
  SC 8 05-2811             Tim R. Whitman, et al. v. Guidant Corp., et al.

TENNESSEE EASTERN
  ~~TNE 2 05-260~~          ~~Janice Jones, etc. v. Guidant Corp., et al.~~ Opposed 12/27/05

TEXAS WESTERN
  TXW 7 05-166             Charles H. Little, et al. v. Guidant Corp., et al.

UTAH
  UT 2 05-873              Juanita Edge, et al. v. Guidant Corp.

WEST VIRGINIA NORTHERN
  WVN 5 05-151             Gary Dusch, et al. v. Guidant Corp., et al.